ANDREW F. McBRIDE, COMMISSIONER OF LABOR, RE-
SPONDENT, v. CHARLES CLARK, APPELLANT.

Submitted November 7, 1924—Decided January 19, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 2 *N. J. Mis. R.* 814.

For the respondent, *Edward L. Katzenbach,* attorney-general.

For the appellant, *Lum, Tamblyn & Colyer.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER,
VAN BUSKIRK, CLARK, MCGLENNON, KAYS, JJ. 12.

*For reversal*—None.